IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Siegrist, Inc., d/b/a Conservative | ) | |
| Trucking & Roustabout, et. al., | ) | |
| | ) | Case No. 4:12-cv-133 |
| Defendants. | ) | |

Before the court is the motion for attorney Brooks A. Richardson to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Brooks A. Richardson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. ) is **GRANTED**. Attorney Brooks A. Richardson is admitted to practice before this court in the above-entitled action on behalf of the .

**IT IS SO ORDERED.**

Dated this 5th day of October, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge