# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Siegrist, Inc., d/b/a Conservative Trucking & Roustabaout; et. al., | ) ) | |
| | ) | Case No. 4:12-cv-133 |
| Defendants. | ) | |

Before the court is motion for attorney Brandon Baxter to appear *pro hac vice* on behalf of Defendant Rugged Country Tanklines Corp., d/b/a Zito Trucking. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Brandon Baxter has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 43) is **GRANTED**. Attorney Brandon Baxter is admitted to practice before this court in the above-entitled action on behalf of Defendant Rugged Country Tanklines Corp., d/b/a Zito Trucking.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge