**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Siegrist, Inc. d/b/a Conservative Trucking | ) | |
| & Roustabout, et. al., | ) | Case No. 4:12-cv-133 |
| | ) | |
| Defendants. | ) | |

The court had scheduled a settlement conference in the above-entitled action for March 25, 2013. Counsel for Defendants Siegrist, Inc., d/b/a Conservative Trucking & Roustabout, James Siegrist, and Jean Siegrist (hereinafter collectively referred to as the "Siegrests") was recently granted leave to withdraw.

To afford the Seigrists sufficient time to find new representation and give counsel time to "get up to speed," the undersigned has cancelled the settlement conference with the understanding that it may be rescheduled at a date and time be determined. The undersigned shall conduct a status conference with the parties by telephone on June 20, 2013, at 1:30 p.m. CDT to discuss the posture of this case and the parties interest in rescheduling the settlement conference. The court shall initiate the conference call. If the parties desire an earlier status and/or settlement conference, they should contact the undersigned.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court