# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **JOINT SETTLEMENT CONFERENCE** |
| vs. | ) | |
| | ) | |
| Siegrist, Inc., d/b/a Conservative Trucking | ) | |
| & Roustabout; et. al.; | ) | Case No. 4:12-cv-133 |
| | ) | |
| Defendant. | ) | |

The Joint Motion for Court Hosted Settlement Conference (Docket No. 111) is **GRANTED**. A settlement conference will be held before the magistrate judge on April 23, 2014, at 9:00 a.m. CDT at the U.S. Courthouse located in Bismarck, North Dakota.

Prior to the conference, the parties should provide the court with a brief summary of what they claim they are entitled to and the basis for the amount.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge