**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Continental Resources, Inc. ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Siegrist, Inc., d/b/a Conservative Trucking ) | |
| & Roustabout, et. al., ) | Case No. 4:12-cv-133 |
| ) | |
| Defendants. ) | |

The undersigned shall hold a status conference in the above-captioned action by telephone on July 17, 2014, at 11:30 a.m. CDT. Those wishing to participate in the conference call should call the following telephone number and enter the following access code:

Tel. No. : (877) 848-7030
Access Code: 9768929

**IT SO ORDERED.**

Dated this 16th day of July, 2014.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court