**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Siegrist, Inc., d/b/a Conservative Trucking & Roustabout, et. al., | ) ) | Case No. 4:12-cv-133 |
| | ) | |
| Defendants. | ) | |

The court held a status conference in the above-entitled action on July 17, 2014, Pursuant to its discussions with those participating in the conference, the court **ORDERS** that motions by the respective parties that address or otherwise dispose of any and all remaining claims be filed with the court by September 19, 2014.

Dated this 18th day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court