**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER CANCELLING TRIAL AND** |
| | ) | **FINAL PRETRIAL CONFERENCE** |
| vs. | ) | |
| | ) | |
| Siegrist, Inc. d/b/a Conservative | ) | |
| Trucking & Roustabout, et al., | ) | |
| | ) | Case No. 4:12-cv-133 |
| Defendants. | ) | |

The Final Pretrial Conference set for September 16, 2014, and the Jury Trial set for September 29, 2014, are **CANCELLED** and will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated this 5th day of September, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court